UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                              Case Number: 12-19989 JHW

Debtor: Albert F. Walters

| Check Number | Creditor | Amount |
|---|---|---|
| 1831195 | Dovenmuehle Mortgage, Inc. | 3844.34 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  January 9, 2014