UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:    Case Number: 12-19989 ABA

Debtor: Albert F. Walters

| Check Number | Creditor | Amount |
|---|---|---|
| 1851458 | Dovenmuehle Mortgage, Inc. | 1922.17 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  July 14, 2014